No. 863. FLETCHER *v.* D. H. GOODMAN, INC.;

No. 864. FLETCHER *v.* KRISE, RECEIVER, ET AL.;

No. 865. FLETCHER *v.* BARRON ET AL.;

No. 866. FLETCHER *v.* NATIONAL BANK OF COMMERCE;

No. 867. FLETCHER *v.* NATIONAL BANK OF COMMERCE ET AL.; and

No. 868. FLETCHER *v.* MAUPIN. May 22, 1944. Petitions for writs of certiorari to the Circuit Court of Appeals for the Fourth Circuit denied. MR. JUSTICE JACKSON and MR. JUSTICE RUTLEDGE took no part in the consideration or decision of these applications. Reported below: 138 F. 2d 740, 742.

No. 931. UNITED STATES EX REL. MCCANN *v.* THOMPSON, WARDEN, ET AL. May 22, 1944. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. Petitioner's applications for other relief are also denied. *Gene McCann, pro se. Solicitor General Fahy, Assistant Attorney General Tom C. Clark,* and *Mr. Robert S. Erdahl* for respondents.

No. 982. KARLOFTIS ET AL. *v.* HELTON ET AL. See *ante,* p. 713.

No. 892. DENNIS ET AL. *v.* MABEE ET AL. May 29, 1944. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. Thomas B. Greenwood* for petitioners.

No. 914. PENNZOIL COMPANY ET AL. *v.* CROWN CENTRAL PETROLEUM CORP. May 29, 1944. Petition for writ of certiorari to the Circuit Court of Appeals for the Fourth Circuit denied. *Messrs. Edward S. Rogers* and *John S. Powers* for petitioners. *Messrs. Karl F. Steinmann* and

*Edwin H. Brownley* for respondent.

No. 923. WELSBACH ENGINEERING & MANAGEMENT CORP. *v.* COMMISSIONER OF INTERNAL REVENUE. May 29, 1944. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit denied. *Messrs. Hugh Satterlee* and *Francis H. Scheetz* for petitioner. *Solicitor General Fahy, Assistant Attorney General Samuel O. Clark, Jr., Mr. Sewall Key,* and *Mrs. Maryhelen Wigle* for respondent.

No. 926. UNITED STATES EX REL. JACOBS *v.* BARC, U. S. MARSHAL. May 29, 1944. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Mr. Paul B. Mayrand* for petitioner. *Solicitor General Fahy, Assistant Attorney General Tom C. Clark,* and *Mr. Robert S. Erdahl* for respondent.

No. 933. WESTERN UNION TELEGRAPH Co. *v.* COMMISSIONER OF INTERNAL REVENUE. May 29, 1944. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Francis R. Stark* for petitioner. *Solicitor General Fahy, Assistant Attorney General Samuel O. Clark, Jr.,* and *Messrs. Sewall Key, J. Louis Monarch,* and *Paul R. Russell* for respondent.

No. 975. HARTFORD FIRE INSURANCE Co. *v.* COMMISSIONER OF INTERNAL REVENUE. May 29, 1944. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Francis W. Cole* for petitioner. *Solicitor General Fahy, Assistant Attorney*